JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SAEED TARKI,

            Petitioner,

    v.

FERETI SEMAIA, et al.,

            Respondents.

Case No. 5:26-cv-01077-JGB-RAO

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED that the Petition is granted.

DATED:  May 6, 2026

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE